1   McGREGOR W. SCOTT
United States Attorney
2   AUDREY B. HEMESATH
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, California 95814
4   Telephone:  (916) 554-2729

5   Attorneys for Defendants

6

7               IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
8

9   MOHAMED ALI AFAREH,              )      No. 07-F-CV-1617 AWI SMS
                                     )
10          Plaintiff,               )      JOINT STIPULATION AND
                                     )
11   v.                              )      ORDER RE: EXTENSION OF TIME and
                                     )
12   Michael Chertoff, Secretary of Homeland )  SCHEDULING CONFERENCE
     Security, et al.                )      CONTINUANCE:
13                                   )
            Defendants.              )      Old Date: February 6, 2008
14   _____)      NEW DATE: April 15, 2008 at 9:15a.m.

15

16

17

18          This is an immigration case in which plaintiff has challenged the denial of his application for

19   naturalization by U.S. Citizenship and Immigration Services (CIS).  Defendants respectfully

20   inform the Court that they are in the process of obtaining a complete copy of the administrative

21   record toward the end of preparing the government's answer.  To this extent, the government

22   requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not

23   oppose this request.

24          The parties therefore stipulate that the time for filing the government's answer be extended to

25   March 4, 2008, and that the scheduling conference, currently set for February 6, 2008, be reset to

26   sometime after the new answer due date.

27

28

                                        -1-

Dated: January 3, 2008

McGREGOR W. SCOTT
United States Attorney


By:     /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants


By:     /s/ James M. Makasian
        James M. Makasian
        Attorney for the Plaintiff


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the defendants' Answer is due on March 4, 2008, and that the scheduling

conference is reset to   April 15, 2008 at 9:15 a.m. before Judge Snyder .

IT IS SO ORDERED.

**Dated:    January 4, 2008**          _____/s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE

-2-