McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMED ALI AFAREH,<br><br>     Plaintiff,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>     Defendants. | No. 07-F-CV-1617 AWI SMS<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME IN WHICH TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT |

   This is an immigration case in which plaintiff has challenged the denial of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that the are currently in the process of endeavoring to resolve the matter at the administrative level. To this extent, the parties request an extension of the deadline to file dispositive motions, to July 16, 2008.

   The parties therefore stipulate that the time for filing dispositive motions be extended to July 16, 2008. All other dates in the April 18, 2008 scheduling order are to remain the same.

Dated: June 16, 2008

                              McGREGOR W. SCOTT
                              United States Attorney


                         By:  /s/Audrey Hemesath
                              Audrey B. Hemesath
                              Assistant U.S. Attorney
                              Attorneys for the Defendants

-1-

By:   /s/ James M. Makasian
James M. Makasian
Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the deadline for filing dispositive motions is hereby extended to July 16, 2008.

IT IS SO ORDERED.

**Dated:   June 18, 2008**             /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE