McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ALI AFAREH, | No. 07-F-CV-1617 AWI SMS |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: DISMISSAL WITHOUT PREJUDICE |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the denial of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that CIS has agreed to administrative reopening of the case, and will complete adjudication within 90 days of receipt of certain requested information.

As the case is to be administratively reopened, it is no longer ripe for review under 8 U.S.C. § 1421(c), and the parties stipulate to dismissal without prejudice.


Dated: July 2, 2008

                                              McGREGOR W. SCOTT
                                              United States Attorney


                        By:    /s/Audrey Hemesath
                             Audrey B. Hemesath
                             Assistant U.S. Attorney
                             Attorneys for the Defendants

By:   /s/ James M. Makasian
      James M. Makasian
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed without prejudice.   The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                   **/s/ Anthony W. Ishii**
                                     CHIEF UNITED STATES DISTRICT JUDGE